**UNITED STATE DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**THIRD DIVISION**

| | |
|---|---|
| S & S SALES, INC., Plaintiff, vs. RUBBERMAID HOME PRODUCTS f/k/a Rubbermaid Specialty Products, a division of Newell Rubbermaid Corporation, Defendant. | CIVIL ACTION NO. 01-2028 JUDGE ANN D. MONTGOMERY MAGISTRATE JUDGE SUSAN R. NELSON **STIPULATED LEAVE TO PLEAD** |

The parties hereby stipulate that Defendant Rubbermaid Home Products ("Rubbermaid") may have an extension of time up to and including December 19, 2001, within which to answer, move, or otherwise plead to Plaintiff's Complaint.

The requested extension is necessary to allow Defendant adequate opportunity to conduct a factual investigation and research the several causes of action contained in Plaintiff's Complaint. Rubbermaid has not requested, nor has it been granted, any previous extensions in this matter. This Stipulation is not presented for the purposes of delay.

Respectfully submitted,

Jennifer I. Cupar

Joel R. Hlavaty (Ohio Bar No.0020128)
Jennifer I. Cupar (Ohio Bar No. 0015189)
Frantz Ward LLP
55 Public Square, 19th Floor
Cleveland, Ohio 44113-1999
Telephone: (216) 515-1660
Facsimile: (216) 515-1650

Attorneys for Defendant
Rubbermaid Home Products

NOV 30 2001
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

Agreed and Stipulated to:

Craig P. Miller (per telephone consent)

Craig P. Miller (Minnesota Bar No. 26961X)
Gray, Plant, Mooty, Mooty & Bennett, P.A.
3400 City Center
33 South Sixth Street
Minneapolis, Minnesota 55402
Telephone: (612) 343-2800
Facsimile: (612) 333-0066

Attorney for Plaintiff
S & S Sales, Inc.

IT IS SO ORDERED

November 29, 2001

Susan Richard Nelson
MAGISTRATE JUDGE SUSAN R. NELSON