**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**THIRD DIVISION**

---

S&S Sales, Inc.,

Plaintiff,

vs.

RUBBERMAID HOME PRODUCTS f/k/a Rubbermaid Specialty Products, a division of Newell Rubbermaid Corporation,

Defendant.

Civil Action No.: 01-2028 ADM/SRN

**STIPULATION FOR PROTECTION OF CONFIDENTIAL INFORMATION**
AND ORDER

---

**STIPULATION**

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff S&S Sales, Inc. and Defendant Rubbermaid Home Products, by and through their counsel as follows:

1. This stipulation governs the handling of all documents and other information produced or given in this action which have been designated as confidential by any party. Nothing in this Stipulation shall affect the rights and obligations of the parties with respect to documents or information that is obtained outside of the scope of this action or from another source.

2. "Confidential documents" means all documents designated by any party as "confidential" in accordance with the Federal Rules of Civil Procedure and the terms of this stipulation and order. The party shall designate such documents as confidential by affixing the notation "Confidential" on every page of the document. In lieu of placing the confidential designation on original documents, copies of documents selected for copying by another party may be marked as confidential.

JUN 11 2002
FILED ______
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD ______
DEPUTY CLERK ______

N:\PL\DJM\187678.doc

3. "Confidential information" means information which any of the parties designate as confidential at the time the information is produced or given or, with respect to deposition testimony, within ten (10) days after receipt of the deposition transcript from the court reporter. The fact that a party fails to designate information as confidential at the time the question is posed shall in no way prejudice that party's right to assert confidentiality upon a review of the deposition transcript, provided that the confidentiality designation is made within ten (10) days after receipt of the deposition transcript from the court reporter.

4. Confidential documents and/or confidential information may only be disclosed or made available to "qualified persons," who are defined to consist of the following:

a. The Court;

b. Counsel of Record to the parties to the litigation and clerical, secretarial, and paralegal staff employed by such counsel;

c. Court reporters;

d. Experts assisting in the prosecution or defense of the litigation;

e. Deposition or trial witnesses who are reasonably believed to have knowledge of the confidential documents or confidential information (provided that the confidential documents or confidential information will be immediately withdrawn from the witness if the witness testifies that he or she has no such knowledge);

f. Parties to the litigation and representatives of the parties (officers, directors, employees) assisting in the prosecution or defense of the litigation; and

g. Any other person the parties agree to in advance and in writing.

5. Confidential documents and/or confidential information (including confidential portions of documents or transcripts) used in connection with any motion or hearing in connection with the litigation shall be filed under seal, submitted to the Court for *in camera* inspection, or submitted to the Court in such other manner as the parties may agree.

6. At the conclusion of the above-captioned litigation, all confidential documents, all documents containing confidential information, and all copies of such documents shall be promptly returned to the producing party's counsel or destroyed. Similarly, all outlines, summaries, abstracts, compilation, memoranda, documents, and the like, constituting, embodying, concerning, or disclosing confidential information shall be promptly returned to the producing party's counsel or destroyed, except that legal counsel may retain their own work product provided that confidential documentation or confidential information referred to therein shall be kept confidential. Briefs and other court papers prepared for use in the above-captioned litigation which contain confidential information need not be returned or destroyed, but shall be kept confidential.

7. Each qualified person who is not a lawyer or staff member employed by a lawyer to whom confidential documents and/or confidential information are being disclosed pursuant to this Stipulation shall be advised that the confidential documents and/or confidential information are being disclosed pursuant to, and subject to, the terms of this Stipulation, and that the sanctions for any violation of the Stipulation may include penalties that the Court may impose.

8. Any party may object to the designation by any other party of any material as confidential information or confidential documents by notifying the party that designated the material as confidential in writing and stating the basis for its objection. If the parties are unable to resolve the matter, either party may submit the matter to the Court for resolution. Pending

resolution by the Court, the confidential information and/or confidential documents shall remain confidential.

9. Nothing in this Stipulation shall be deemed a waiver of the right of any party to oppose production or disclosure of information on grounds other than confidentiality, including, but not limited to, relevance, materiality, privilege, work product, or that the material sought is not reasonably calculated to lead to the discovery of admissible evidence.

10. This Stipulation is entered without prejudice to the right of any party to apply to the Court at any time for additional protection, or to relax or rescind the restrictions of this Stipulation, when convenience or necessity requires. However, until modified by agreement between the undersigned or by Order of this Court, confidential documents and/or confidential information will be treated in accord with the terms of this Stipulation.

11. If a party having possession of material designated as confidential by another party receives a subpoena or order to produce such material, the party shall immediately notify the attorney of record of the other party. The party receiving the subpoena or order shall be entitled to comply with the subpoena or order unless the other party is successful in obtaining an order reversing or modifying it.

**GRAY PLANT MOOTY MOOTY & BENNETT**

By ______________________
Craig P. Miller (#26961X)
3400 City Center
33 South Sixth Street
Minneapolis, MN 55402
(612) 343-2800

Attorney for Plaintiff

Dated: June 7, 2002

**FABYANSKE, WESTRA & HART, P.A.**

By ______________________
Daniel J. McGarry (#273855)
920 Second Avenue South
Suite 1100
Minneapolis, MN 55402
(612) 338-0115

Attorney for Defendant

Dated: June 10, 2002

**ORDER**

The foregoing stipulation of the parties is hereby approved by this Court.

Dated: June 11, 2002

Susan Richard Nelson
United States Magistrate Judge

# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA
OFFICE OF THE CLERK

316 N. ROBERT ST., RM. 700
ST. PAUL, MN 55101

300 S. FOURTH ST., RM 202
MINNEAPOLIS, MN 55415

417 FEDERAL BLDG, 515 W. FIRST ST.
DULUTH, MN 55802

# Clerk's Notice In Re: Protective Order

A Protective/Confidentiality Order has been entered in this action. You must comply with the guidelines set forth below when filing **confidential original** documents with the Clerk of U.S. District Court. Failure to do so will cause the documents to be returned.

## *Guidelines for filing with the Clerk:*

A. Documents are to be **sealed** (closed, fastened, taped, or otherwise secured) in an envelope of comparable size no larger than 9 by 12 *(LR5.1 All pleadings, motions, and other papers presented for filing shall be on 8 1/2 x 11 inch white paper...flat and unfolded. this rule does not apply to (1) exhibits submitted for filing; and, (2) documents filed in removed actions prior to removal from the state courts.)*

B. Each envelope must list the following information, and each document is to be in a separate envelope.

- Action/case number
- Brief action/case title
- Party, name, and complete title of document (i.e. Deft. Johnson's Motion for Dismissal) must be noted on each envelope. Motions, affidavits and memorandums are considered three separate documents.
- The word "**SEALED**" or "**CONFIDENTIAL**"

## *Guidelines for filing with a U.S. District Judge or Magistrate Judge:*

In addition to the above procedures, copies for delivery to the U.S. District Judge or U.S. Magistrate Judge are to be marked accordingly and bound together as a set.

MINNESOTA CHAPTER OF THE FEDERAL BAR ASSOCIATION

In connection with
The Federal Judiciary

## *28th Annual Federal Court Practice Seminar*

June 19, 2002
8:00 am—5:15 pm

Minneapolis Convention Center
1301 Second Avenue South
Room 208
Minneapolis, MN 55402
(612) 335-6000

**The Minnesota Chapter of the Federal Bar Association**

c/o Kelly & Berens, P.A.
80 S. 8th Street, Suite 3720
Minneapolis, MN 55402

NON-PROFIT
ORGANIZATION
U.S. POSTAGE
**PAID**
Minnespolis, MN
Permit No. 2657

**Application Pending for 7.5 CLE Credits including 2 Ethics and 1 Bias Credit**

*Featured Speakers Include:*

District of Minnesota

Judge David S. Doty

Judge Donovan W. Frank

Judge Paul A. Magnuson

Judge Ann D. Montgomery

Judge John R. Tunheim

Chief Magistrate Judge Jonathan Lebedoff

Magistrate Judge Arthur J. Boylan

United States Bankruptcy Court

District of Minnesota

Judge Robert J. Kressel

## Morning Session:

| | |
|---|---|
| 7:30-8:00 | **Registration** |
| 8:00-8:15 | **Opening Remarks and Welcome,** ***Judge Ann D. Montgomery*** |
| 8:15-9:00 | **Securities Law Issues in the Wake of Enron,** ***Timothy J. Warren (SEC Midwest Regional Office), Professor Niels Schaumann (William Mitchell College of Law), Karl L. Cambronne (Chestnut & Cambronne)*** |
| 9:00-9:45 | **Current Issues in Employment Law,** ***Judge Paul A. Magnuson, Linda L. Holstein (Parsinen Kaplan Rosberg & Gottlieb PA), John R. McDonald (Meagher & Geer, PLLP), Daniel Oberdorfer (Leonard, Street and Deinard)*** |
| 9:45-10:00 | **Morning Break** |
| 10:00-10:45 | **Current Initiatives in the U.S. Attorneys' Office,** ***Tom Heffelfinger (U.S. Attorneys Office)*** |
| 10:45-11:45 | **Discovery Disputes: Professionalism in the Practice of Law?,** ***Judge David S. Doty, Chief Magistrate Judge Jonathan Lebedoff, Magistrate Judge Arthur J. Boylan,*** |
| 11:45-12:45 | **Lunch (Room 211)** |

11:45-12:45 Lunch (Room 211)

## Afternoon Session:

| | |
|---|---|
| 12:45-1:30 | **The Clerk's Office Can Be Your New Best Friend,** ***Celeste Shahidi, Lou Jean Gleason, Mary Lenner, Gertie Simon, Andy Seldon*** |
| 1:30-2:15 | **How to Effectively Teach and Persuade in Patent or Intellectual Property Cases: Why, When and How,** ***Judge Donovan W. Frank, Becky R. Thorson (Robins, Kaplan, Miller & Ciresi), Stephen J. Davidson (Leonard, Street and Deinard)*** |
| 2:15-3:15 | **Issues in the Wake of 9/11: Racial Profiling --** ***Daniel M. Scott (U.S. Federal Public Defenders' Office);*** **Response by the Department of Justice --** ***Tony Brown (U.S. Attorneys Office)*** |
| 3:15:3:30 | **Afternoon Break** |
| 3:30-4:15 | **Update on Technology Tools for Litigating in Federal Court,** ***Judge John R. Tunheim, Judge Robert J. Kressel, Eric J. Magnuson (Rider, Bennett, Egan & Arundel)*** |
| 4:15-5:15 | **Ethics in "Real Life" Practice Situations,** ***Martin A. Cole (Lawyers Professional Responsibility Office)*** |

## *Seminar Registration*

☐ Member $195.00

☐ Non-Member $225.00

Name ______________________

Firm/Employer ______________________

Address ______________________

______________________

______________________

Phone ______________________

E-Mail ______________________

**Complete registration form and send with check payable to:**

**Minnesota Chapter, FBA**
**c/o Nancy Gustafson**
**Kelly & Berens, P.A.**
**Suite 3720 IDS Center**
**80 South Eighth Street**
**Minneapolis, Minnesota 55402**

**Not a Member? Join the FBA**

*To apply on-line or to download application form go to http://www.fedbar.org and click on "Join the FBA."*

Questions call: Barbara P. Berens, Vice President, Planning, Minnesota Chapter FBA
(612)-349-6171

**Annual Seminar Planning Committee:**

Kristine M. Boylan, Meagher & Geer, P.L.L.P.

Catherine A. McEnroe, Leonard, Street and Deinard

Celeste M. Shahidi, U.S. Courthouse Minneapolis Building

Susan Nolting, U.S. Department of Justice

Maureen Watz Gornik, Warren E. Burger Federal Building