**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

S&S Sales, Inc.,

Plaintiff,

vs.

RUBBERMAID HOME PRODUCTS f/k/a Rubbermaid Specialty Products, a division of Newell Rubbermaid Corporation,

Defendant.

Civil Action No.: 01-2028 ADM/SRN

**STIPULATION AND ORDER TO MODIFY THE COURT'S FEBRUARY 25, 2002, PRETRIAL SCHEDULING ORDER**

---

Plaintiff S&S Sales, Inc. and Defendant Newell Rubbermaid, by and through their undersigned counsel, hereby stipulate to extend the discovery deadline and non-dispositive and dispositive motion deadlines by sixty (60) days.

An extension to the Court's Pretrial Scheduling Order is necessary for several reasons:

(1) Defendant has advised Plaintiff that it is difficult for Defendant to locate business records and witnesses to defend Plaintiff's claims because of the passage of time and employee turnover,

(2) defense counsel handling this file, Daniel McGarry, departed Fabyanske, Westra & Hart, P.A. in mid-July 2002 and has been replaced by new counsel,

(3) Defendant's employee contact, Richard Wolff, who was responsible for obtaining the few business records and identifying the few former employees who could be located regarding this matter, recently left Defendant's employ, and

(4) Defendant is in the process of determining what representatives are capable of testifying, pursuant to Plaintiff's Rule 30(b)(6) deposition notice.

AUG 0 9 2002
FILED ________
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD ________
DEPUTY CLERK ________

N:\PL\AAD\199691.doc

The parties certify that the requested extension to the Court's Pretrial Scheduling Order is not sought to delay the resolution of this matter and no other extensions of the Court's pretrial schedule have been sought. The parties, through their counsel, agree that there is good cause to modify the Court's Pretrial Scheduling Order, pursuant to Local Rule 16.3 and Fed. R. Civ. P. 16(b).

Dated: August 7, 2002

**FABYANSKE, WESTRA AND HART, P.A.**

By:____________________

Dennis J. Trooien (#110942)
Aaron A. Dean (#0243954)
920 S. Second Avenue, Suite 1100
Minneapolis, MN 5402
(612) 338-0115
**ATTORNEYS FOR DEFENDANT**

Dated: August 7, 2002

**GRAY PLANT MOOTY MOOTY & BENNETT**

By:____________________

Craig P. Miller (#26961X)
3400 City Center
33 South 6th Street
Minneapolis, Minnesota 55402-3796
**ATTORNEYS FOR PLAINTIFF**

## ORDER

Based upon the above stipulation of the parties and upon all of the files, records, and proceedings herein, the Court finds that there is good cause to modify the February 25, 2002, Pretrial Scheduling Order and that the parties are not seeking an extension merely to delay the resolution of this matter.

**IT IS HEREBY ORDERED THAT**:

1. The Court's February 25, 2002, Pretrial Scheduling Order is modified as follows:

a. discovery shall be commenced in time to be completed by October 15, 2002,

b. non-dispositive motions, other than motions to amend pleadings or to add parties, shall be served and filed by November 3, 2002,

c. all dispositive motions shall be served, filed, and heard by December 20, 2002, and

d. this case shall be ready for a jury trial on February 1, 2003.

Dated: August 9, 2002

Susan Richard Nelson

Hon. Susan Richard Nelson
United States Magistrate Judge

No further extension of time will be granted