UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

S&S Sales, Inc.,

Plaintiff,

vs.

RUBBERMAID HOME PRODUCTS f/k/a Rubbermaid Specialty Products, a division of Newell Rubbermaid Corporation,

Defendant.

Civil Action No.: 01-2028 ADM/SRN

**STIPULATION TO DISMISS WITH PREJUDICE AND ORDER**

Plaintiff S&S Sales, Inc. and Defendant Rubbermaid Incorporated ("Rubbermaid"), by and through their undersigned counsel, hereby stipulate that all claims that were brought or that could have been brought in the above-captioned matter are hereby dismissed with prejudice and on the merits, and without an award of costs to any party, pursuant to Fed. R. Civ. P. 41(a)(1).

Dated: October 8, 2002

**FABYANSKE, WESTRA AND HART, P.A.**

By: ______________________

Aaron A. Dean (#0243954)
920 S. Second Avenue, Suite 1100
Minneapolis, MN 5402
Telephone: (612) 338-0115
**ATTORNEYS FOR DEFENDANT**

Dated: October 21, 2002

**GRAY, PLANT, MOOTY, MOOTY & BENNETT, P.A.**

By: ______________________

Craig P. Miller (#26961X)
3400 City Center
33 South Sixth Street
Minneapolis, MN 55402
Telephone: (612) 343-2800
**ATTORNEYS FOR PLAINTIFF**

FILED ______
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD ______
DEPUTY CLERK ______

OCT 22 2002
FILED ______
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD ______
DEPUTY CLERK ______

Based upon the above stipulation of the parties and upon all of the files, records, and proceedings herein,

**IT IS HEREBY ORDERED THAT**:

1. All claims that were brought or that could have been brought in this lawsuit are dismissed with prejudice and without an award of costs to any party.

2. The above-captioned lawsuit is dismissed with prejudice and without an award of costs to any party.

Dated: October 22, 2002

Hon. Ann D. Montgomery
United States District Court Judge